■ THE PEOPLE OF THE STATE OF NEW YORK v JAMES MELVIN LEE.—Coram nobis application and other relief denied, as indicated. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Kupferman, Sullivan, Asch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v TOMAS CARMONA.—Coram nobis application and other relief denied, as indicated. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Murphy, P. J., Sandler, Carro and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v WILLIE SUMLIN.—Coram nobis application and other relief denied, as indicated. *(See, People v De La Hoz,* 131 AD2d 154.) Concur—Sandler, J. P., Ross, Carro and Milonas, JJ.